**Paul R. JONES, Appellant, v. UNITED STATES of America, Appellee.**

**No. 12882.**

United States Court of Appeals
Fifth Circuit.

Dec. 2, 1949.

Paul R. Jones, in pro. per.

Brian S. Odem, U. S. Atty., Houston, Tex., William R. Eckhardt, III, Asst. U. S. Atty., Houston, Tex., for appellee.

Before HUTCHESON, WALLER and RUSSELL, Circuit Judges.

PER CURIAM.

Upon the plainest principles, supported by abundant authorities,[1] appellant's contentions, that the counts of the indictment

1. U. S. v. Rabinowich, 238 U.S. 78, 35 S. Ct. 682, 59 L.Ed. 1211; Pinkerton v. U. S., 328 U.S. 640, 66 S.Ct. 1180, 90 L.Ed.

charge not separate and distinct offenses but the same offense, are wholly without merit. The judgment was right. It is
Affirmed.

**W. T. HOLT, Appellant, v. UNITED STATES of America, Appellee.**

**No. 3967.**

United States Court of Appeals
Tenth Circuit.

Nov. 22, 1949.

Dale Bruce, Wichita, Kan., for appellant.

Paul Gotcher, McAlester, Okl. (Cleon A. Summers, United States Attorney, Muskogee, Okl., on the brief), for appellee.

Before PHILLIPS, Chief Judge, and BRATTON and PICKETT, Circuit Judges.

PER CURIAM.

The judgment is affirmed on authority of Moss v. United States, 10 Cir., 177 F.2d 438, decided October 31, 1949.

**No. 12812.**

United States Court of Appeals
Fifth Circuit.

Dec. 2, 1949.

1489; American Tobacco Co. v. U. S., 328 U. S. 781, 66 S.Ct. 1125, 90 L.Ed. 1575.